# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-05515-AH-(MAA) | Date December 4, 2025 |
| Title *Princess Arnold and Jacob Roper v. Walmart Inc. et al* | |

**Present: The Honorable** Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILING TO COMPLY WITH COURT ORDER AND PROSECUTE CASE [JS-6]

On October 21, 2025, the Court dismissed Plaintiff Jacob Roper from this action without prejudice because he had not paid the filing fee or qualified for *in forma pauperis* ("IFP") status. Dkt. 9. In that same Order, the Court granted Plaintiff Princess Arnold IFP status and directed her, within 30 days, to either file an amended complaint as the sole Plaintiff or voluntarily dismiss this case if she no longer wished to pursue it. *Id.* The Court warned that "[f]ailure to comply with these instructions will result in dismissal of this action without prejudice." *Id.*

To date, no response to the Court's Order has been filed. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of prosecution . . . [is] vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."). All other pending matters are **TERMINATED**.

**IT IS SO ORDERED.**